**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of South Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Guernsey, Joseph Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3504** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4681 Carvel Ct.**<br>**Myrtle Beach, SC**<br>ZIP Code **29588** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Horry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Guernsey, Joseph Robert** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Guernsey, Joseph Robert** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Robert Guernsey**
Signature of Debtor   **Joseph Robert Guernsey**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 4, 2008**
Date

### Signature of Attorney*

X **/s/ R. Michael Drose**
Signature of Attorney for Debtor(s)

**R. Michael Drose 609**
Printed Name of Attorney for Debtor(s)

**Drose Law Firm**
Firm Name

**3955 Faber Place Drive, Suite 103**
**Charleston, SC 29405**
_____
Address

**Email: drose@droselaw.com**
**843-767-8888  Fax: 843-767-3290**
Telephone Number

**April 4, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of South Carolina

In re  **Joseph Robert Guernsey**  
Debtor(s)

Case No.  
Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Joseph Robert Guernsey**
          **Joseph Robert Guernsey**

Date:   **April  4, 2008**

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF SOUTH CAROLINA**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **R. Michael Drose 609** | X **/s/ R. Michael Drose** | **April 4, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**3955 Faber Place Drive, Suite 103
Charleston, SC 29405
843-767-8888**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Joseph Robert Guernsey** | X **/s/ Joseph Robert Guernsey** | **April 4, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

.

ALLTEL COMMUNICATION
1 ALLIED DRIVE BLDG 5
LITTLE ROCK AR 72202


AMERICAN ACCEPTANCE CORP SC
1517 NORTH KINGS HWY
MYRTLE BEACH SC 29577


AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE FL 33329


ANTONIO RIBEIRO
436 W PERRY ROAD
MYRTLE BEACH SC 29579


ATTORNEY GENERAL OF THE US
CIVIL DIVISION BANKRUPTCY SECTION
US DEPARTMENT OF JUSTICE
WASHINGTON DC 20530


AUCTION INSURANCE CHARLESTON AUTO AUCTIO
2200 WOODCREST PLACE
BIRMINGHAM AL 35253


AUDIO MESSAGING SOLUTIONS LLC
720 BROOKER CREEK BLVD SUITE 215
OLDSMAR FL 34677


AURORA LOAN SERVICES
10350 PARK MEADOWS DRIVE
LITTLETON CO 80124


AUTOMOTIVE FINANCE CORPORATION
2824 POND BRANCH ROAD
LEESVILLE SC 29070


AUTOMOTIVE PARTS EXPRESS INC
PO BOX 17006
JACKSONVILLE FL 32245


BANK OF AMERICA
4161 PIEDMONT PARKWAY
GREENSBORO NC 27410

```
BEACH FORD
PO BOX 3609
MYRTLE BEACH SC 29578


BETTY HARRELSON
9409 PARK DRIVE
MYRTLE BEACH SC 29572


BILL BELLAMY
PO BOX 3491
NORTH MYRTLE BEACH SC 29582


BP
PO BOX 70887
CHARLOTTE NC 28272


BRUCE HELM
608 16TH AVENUE NORTH SUITE G
MYRTLE BEACH SC 29577


CAROLINA TRUST FEDERAL CREDIT UNION
1010 21ST AVE
MYRTLE BEACH SC 29577


CHASE
201 N WALNUT STREET
WILMINGTON DE 19801


CHASE MORTGAGE
3415 VISION DRIVE
COLUMBUS OH 43219


CHEVRON AND TEXACO CARD SERVICES
PO BOX 2001
CONCORD CA 94529


CITIFINANCIAL AUTO
PO BOX 3247
COPPELL TX 75019


COLORS ON PARADE MYRTLE BEACH
642 CENTURY CIRCLE
CONWAY SC 29526
```

```
COUNTRYWIDE ASSET RECOVERY
450 AMERICAN STREET MS SV3 70
SIMI VALLEY CA 93065


COX AUTO TRADER
DEPT 430 PO BOX 18019
CLEARWATER FL 33762


DAVID BELL AND GLEN SMALL
7392 SPRINGS SIDE DRIVE
MYRTLE BEACH SC 29588


EAGLE WARRANTY CORP
940 SCRANTON CARBONDALE HWY
EYNON PA 18403


EDWARD BRZEZINSKI
536 HAMMER BECK DRIVE
MYRTLE BEACH SC 29579


ELECTRONIC FEDERAL TAX PAYMENT SYSTEM
PO BOX 173788
DENVER CO 80217


EULER HERMES UMA
600 SOUTH 7TH STREET
LOUISVILLE KY 40201


FED EX
PO BOX 371461
PITTSBURGH PA 15250


FIRST CITIZENS BANK
PO BOX 29
COLUMBIA SC 29202


FIRST COLLECT INC
PO BOX 64488
BALTIMORE MD 21264-4488


FLEX FUND FINANCIAL SERVICES LLC
C/O ROBERT E CULVER ESQUIRE
171 CHURCH STREET SUITE 318
CHARLESTON SC 29401
```

```
GEORGETOWN HOSPITAL SYSTEM
PO BOX 421718
GEORGETOWN SC 29442


GEORGETOWN RADIOLOGY
PO BOX 2249
PAWLEYS ISLAND SC 29585


GMAC
PO BOX 33115
KNOXVILLE TN 37930


GRANNYS FLORIST
1225 16TH AVENUE
CONWAY SC 29526


HORRY COUNTY EMERGENCY MEDICAL SERVICE
PO BOX 296
CONWAY SC 29528


HORRY COUNTY STATE BANK
PO BOX 218
LORIS SC 29569


HORRY COUNTY TREASURER
PO BOX 1237
CONWAY SC 29528


HYATT BUICK GMC TRUCKS
922 FRONTAGE ROAD
MYRTLE BEACH SC 29577


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
1835 ASSEMBLY STREET MDP 39 RM 469
COLUMBIA SC 29201


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114


JOHN CHAZEN
1609 MAGNOLIA DRIVE
NORTH MYRTLE BEACH SC 29582
```

```
JOHNNY DAVIS
565 W PERRY ROAD
MYRTLE BEACH SC 29579


LINDA HOWARD
25 PLANTATION DRIVE
MYRTLE BEACH SC 29588


LISA C FOROUGHI
2206 HAYSTACK WAY
MYRTLE BEACH SC 29579


LOWES GE MONEY BANK
ATTN BANKRUPTCY DEPT
PO BOX 103104
ROSWELL GA 30076


LYNN BLEVINS
6312 B COLONIAL DRIVE
MYRTLE BEACH SC 29572


M B AUTO AND TRUCK PARTS INC
PO BOX 465
MYRTLE BEACH SC 29578


MANHEIM AUTOMOTIVE FINANCIAL SERVICES IN
C/O JEFFREY L SILVER ESQUIRE
PO BOX 11656
COLUMBIA SC 29211-1656


MARK REDMAN
8620 SAND MARCELLO DRIVE STE 202
MYRTLE BEACH SC 29579


MIKE RIDGEWAY
TNT AUTO SALES
2735 HWY 501
CONWAY SC 29526


MONTE GRANDON
14234 RICHMOND PARK AVENUE
CHARLOTTE NC 28277
```

```
MYRTLE BEACH CHEVROLET
PO BOX 425
MYRTLE BEACH SC 29578


NATIONAL PROCESSING COMPANY
710 QUAIL RIDGE DRIVE
WESTMONT IL 60559


NCO FINANCIAL SYSTEMS INC
PO BOX 15630 DEPT 23
WILMINGTON DE 19850


QANTUMES OF MYRTLE BEACH LLC
4841 HWY 17 BYPASS
MYRTLE BEACH SC 29577


RALPH JONES AND CHARLIE FLOYD
506 CALHOUN ROAD
MYRTLE BEACH SC 29577


RMS
4836 BRECKSVILLE ROAD
RICHFIELD OH 44286


ROBERT AND DELORES GUERNSEY
326 13TH AVENUE SOUTH
MYRTLE BEACH SC 29575


RSC EQUIPMENT RENTAL
PO BOX 840514
DALLAS TX 75284


SC DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SC DEPARTMENT OF TRANSPORTATION
955 PARK ST STE 343
COLUMBIA SC 29202


SC EMPLOYMENT SECURITY COMM
PO BOX 995
COLUMBIA SC 29202
```

```
SC STUDENT LOAN CORP
PO BOX 21337
COLUMBIA SC 29221


SHELL FLEET PLUS
PO BOX 183019
COLUMBUS OH 43218


STAN PARKER
2705 FOREST BROOK ROAD
MYRTLE BEACH SC 29588


STEVE AND SUZANNE MACKLEN
7705 MEMORY LANE
MYRTLE BEACH SC 29588


SUN TRUST BANK
25 PARK PLACE
ATLANTA GA 30302


THE SUN NEWS
PO BOX 406
MYRTLE BEACH SC 29578


THORNHILL WHOLESALE
839 SOUTH PARK DRIVE
MYRTLE BEACH SC 29577


UNIVERSAL UNDERWRITERS GROUP
1743 PAYSPHERE CIRCLE
CHICAGO IL 60674


US ATTORNEY FOR SOUTH CAROLINA
FOR THE INTERNAL REVENUE SERVICE
1441 MAIN STREET SUITE 500
COLUMBIA SC 29201


VALPAK OF EASTERN SOUTH CAROLINA
PO BOX 2078
MOUNT PLEASANT SC 29465-2078


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108
```

```
WACCAMAW BANK
PO BOX 2009
WHITEVILLE NC 28472


WASHINGTON MUTUAL BANK
9451 CORBIN AVENUE
NORTHRIDGE CA 91328


WASTE INDUSTRIES
3301 BENSON DRIVE
RALEIGH NC 27609


WILKINS FINANCIAL SERVICES
120 N OLD STATESVILLE ROAD
HUNTERSVILLE NC 28078


WILLI CLASEN
3812 PHEASANT CHASE DRIVE
RICHMOND VA 23231


WOLTERS KLUWER
8832 INNOVATION WAY
CHICAGO IL 60682


ZEP MANUFACTURING COMPANY
425 FRANKLIN ROAD SUITE 530
MARIETTA GA 30067
```

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

# United States Bankruptcy Court
### District of South Carolina

In re  **Joseph Robert Guernsey**                                                                                         Case No.
                                              Debtor(s)                                                Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)   _____ computer diskette

(b)   _____ scannable hard copy
(number of sheets submitted _____)

(c)   **X** electronic version filed via CM/ECF

Date:  **April 4, 2008**                                         /s/ **Joseph Robert Guernsey**
                                                                        **Joseph Robert Guernsey**
                                                                        Signature of Debtor

**United States Bankruptcy Court**
**District of South Carolina**

In re  **Joseph Robert Guernsey**     Case No.
                        Debtor(s)     Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **7,000.00** |
   | Prior to the filing of this statement I have received | $ **7,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Unanticipated work or representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **April 4, 2008**           **/s/ R. Michael Drose**
                                                    **R. Michael Drose 609**
                                                    **Drose Law Firm**
                                                    **3955 Faber Place Drive, Suite 103**
                                                    **Charleston, SC 29405**
                                                    **843-767-8888  Fax: 843-767-3290**
                                                    **drose@droselaw.com**