B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of South Carolina

In re    **Joseph Robert Guernsey**_____,    Case No. ___**08-02004**_____
_____
Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,800.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 10,837.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 9,145,593.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 5,800.00 | | |
| Total Liabilities | | | | 9,156,430.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of South Carolina

In re    **Joseph Robert Guernsey** _____,     Case No. _____**08-02004**_____

                       Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Joseph Robert Guernsey**                                          ,      Case No.   __08-02004__
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- | --- | --- |
| | | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Joseph Robert Guernsey**                                                            Case No.    **08-02004**
                                                                                          ,
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Bank savings account - estimated balance at time of filing** | - | 3,500.00 |
| | | **First Citizens Bank checking account  - estimated balance at time of filing** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | - | 200.00 |
| 7. Furs and jewelry. | | **Watch** | - | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs** | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **5,800.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                                    ,    Case No.    __08-02004__
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2007 income tax refund of $4,421 subject to an offset by the Internal Revenue Service** | - | 0.00 |
| | | **2007 income tax refund of $1,657 subject to an offset by the SC Department of Revenue** | - | 0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                        ,        Case No.    **08-02004**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            **0.00**
(Total of this page)
Total >        **5,800.00**

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**B6C (Official Form 6C) (12/07)**

.

In re    **Joseph Robert Guernsey**                                        ,    Case No.    **08-02004**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wachovia Bank savings account - estimated balance at time of filing** | **S.C. Code Ann. § 15-41-30(5)** | **1,000.00** | **3,500.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **S.C. Code Ann. § 15-41-30(3)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **S.C. Code Ann. § 15-41-30(3)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Watch** | **S.C. Code Ann. § 15-41-30(4)** | **50.00** | **50.00** |
| | Total: | **3,250.00** | **5,750.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Joseph Robert Guernsey**                                              Case No.    **08-02004**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Joseph Robert Guernsey**                                                    Case No. ___**08-02004**_____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    ___**1**___  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                    ,    Case No.    **08-02004**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 income taxes | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 21126** **Philadelphia, PA 19114** | - | | | | | | | 0.00 |
| | | | | | | | 9,254.00 | 9,254.00 |
| Account No. | | | 2006 income taxes | | | | | |
| **SC Department of Revenue** **PO Box 12265** **Columbia, SC 29211** | - | | | | | | | 0.00 |
| | | | | | | | 1,583.00 | 1,583.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | 10,837.00 | 10,837.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 10,837.00 | 10,837.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Joseph Robert Guernsey** _____,   Case No. _____**08-02004**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Alltel Communication 1 Allied Drive Bldg 5 Little Rock, AR 72202** | - | | | | | | | | 561.00 |
| Account No. | | | | | | | | | |
| **American Acceptance Corp SC 1517 North Kings Hwy Myrtle Beach, SC 29577** | - | | | | | | | | 4,480.00 |
| Account No. | | | | | | | | | |
| **American Express PO Box 297871 Fort Lauderdale, FL 33329** | - | | | | | | | | 17,643.00 |
| Account No. | | | | | | | | | |
| **Antonio Ribeiro 436 W Perry Road Myrtle Beach, SC 29579** | - | | | | | | | | 50,000.00 |
| __17__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 72,684.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                              S/N:28304-080306   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                    ,      Case No.    **08-02004**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Auction Insurance Charleston Auto Auctio** 2200 Woodcrest Place Birmingham, AL 35253 | - | | | | | | 13,545.00 |
| Account No. **Audio Messaging Solutions LLC** 720 Brooker Creek Blvd Suite 215 Oldsmar, FL 34677 | - | | | | | | 165.00 |
| Account No. **Aurora Loan Services** 10350 Park Meadows Drive Littleton, CO 80124 | - | | | | | | 997,500.00 |
| Account No. **Aurora Loan Services** 10350 Park Meadows Drive Littleton, CO 80124 | - | | | | | | 195,578.00 |
| Account No. **Automotive Finance Corporation** 2824 Pond Branch Road Leesville, SC 29070 | - | | | | | | 75,000.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,281,788.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                              ,    Case No.    **08-02004**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Automotive Parts Express Inc**<br>**PO Box 17006**<br>**Jacksonville, FL 32245** | - | | | | | | | 169.00 |
| Account No. | | | | | | | | |
| **Bank of America**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410** | - | | | | | | | 132,000.00 |
| Account No. | | | | | | | | |
| **Beach Ford**<br>**PO Box 3609**<br>**Myrtle Beach, SC 29578** | - | | | | | | | 871.00 |
| Account No. | | | | | | | | |
| **Betty Harrelson**<br>**9409 Park Drive**<br>**Myrtle Beach, SC 29572** | - | | | | | | | 80,000.00 |
| Account No. | | | | | | | | |
| **Bill Bellamy**<br>**PO Box 3491**<br>**North Myrtle Beach, SC 29582** | - | | | | | | | 200,000.00 |

Sheet no. __2___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **413,040.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                    ,    Case No.    **08-02004**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BP PO Box 70887 Charlotte, NC 28272 | - | | | | | | | 939.00 |
| Account No. | | | | | | | | |
| Bruce Helm 608 16th Avenue North Suite G Myrtle Beach, SC 29577 | - | | | | | | | 8,500.00 |
| Account No. | | | | | | | | |
| Carolina Trust Federal Credit Union 1010 21st Ave Myrtle Beach, SC 29577 | - | | | | | | | 5,422.00 |
| Account No. | | | | | | | | |
| Chase 201 N Walnut Street Wilmington, DE 19801 | - | | | | | | | 7,247.00 |
| Account No. | | | | | | | | |
| Chase Mortgage 3415 Vision Drive Columbus, OH 43219 | - | | | | | | | 528,000.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **550,108.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Robert Guernsey**                              ,     Case No.     **08-02004**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Chevron and Texaco Card Services PO Box 2001 Concord, CA 94529 | - | | | | | | | 9,164.00 |
| Account No. | | | | | | | | |
| Citifinancial Auto PO Box 3247 Coppell, TX 75019 | - | | | | | | | 16,343.00 |
| Account No. | | | | | | | | |
| Colors on Parade Myrtle Beach 642 Century Circle Conway, SC 29526 | - | | | | | | | 1,050.00 |
| Account No. | | | | | | | | |
| Countrywide Asset Recovery 450 American Street MS SV3 70 Simi Valley, CA 93065 | - | | | | | | | 323,250.00 |
| Account No. | | | | | | | | |
| Countrywide Asset Recovery 450 American Street MS SV3 70 Simi Valley, CA 93065 | - | | | | | | | 76,640.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

426,447.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Robert Guernsey**                                          ,        Case No.  _____**08-02004**_____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cox Auto Trader Dept 430 PO Box 18019 Clearwater, FL 33762** | - | | | | | | 230.00 |
| Account No. **David Bell and Glen Small 7392 Springs Side Drive Myrtle Beach, SC 29588** | - | | | | | | 200,000.00 |
| Account No. **Eagle Warranty Corp 940 Scranton Carbondale Hwy Eynon, PA 18403** | - | | | | | | 25,000.00 |
| Account No. **Edward Brzezinski 536 Hammer Beck Drive Myrtle Beach, SC 29579** | - | | | | | | 800,000.00 |
| Account No. **Electronic Federal Tax Payment System PO Box 173788 Denver, CO 80217** | - | | | | | | 13,109.00 |

Sheet no. __**5**___ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,038,339.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Robert Guernsey**                                   ,   Case No.   **08-02004**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Euler Hermes UMA** **600 South 7th Street** **Louisville, KY 40201** | - | | | | | | | 7,309.00 |
| Account No. | | | | | | | | |
| **Fed Ex** **PO Box 371461** **Pittsburgh, PA 15250** | - | | | | | | | 1,325.00 |
| Account No. | | | | | | | | |
| **First Citizens Bank** **PO Box 29** **Columbia, SC 29202** | - | | | | | | | 5,501.00 |
| Account No. | | | | | | | | |
| **First Collect Inc** **PO Box 64488** **Baltimore, MD 21264-4488** | - | | | | | | | 271.00 |
| Account No. | | | | | | | | |
| **Flex Fund Financial Services LLC** **c/o Robert E Culver Esquire** **171 Church Street Suite 318** **Charleston, SC 29401** | - | | | | | | | 1,250,000.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,264,406.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Robert Guernsey**                                    ,        Case No.    **08-02004**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Georgetown Hospital System** <br> **PO Box 421718** <br> **Georgetown, SC 29442** | - | | | | | | **9,262.00** |
| Account No. <br><br> **Georgetown Radiology** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585** | - | | | | | | **271.00** |
| Account No. <br><br> **GMAC** <br> **PO Box 33115** <br> **Knoxville, TN 37930** | - | | | | | | **14,956.00** |
| Account No. <br><br> **Grannys Florist** <br> **1225 16th Avenue** <br> **Conway, SC 29526** | - | | | | | | **88.00** |
| Account No. <br><br> **Horry County Emergency Medical Service** <br> **PO Box 296** <br> **Conway, SC 29528** | - | | | | | | **564.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **25,141.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**
_____ ,    Case No.    **08-02004**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Horry County State Bank** <br> **PO Box 218** <br> **Loris, SC 29569** | - | | | | | | 80,000.00 |
| Account No. <br><br> **Horry County State Bank** <br> **PO Box 218** <br> **Loris, SC 29569** | - | | | | | | 76,000.00 |
| Account No. <br><br> **Horry County Treasurer** <br> **PO Box 1237** <br> **Conway, SC 29528** | - | | | | | | 31,359.00 |
| Account No. <br><br> **Horry Telephone Cooperative Inc** <br> **PO Box 1820** <br> **Conway, SC 29528** | - | | | | | | 837.00 |
| Account No. <br><br> **Hyatt Buick GMC Trucks** <br> **922 Frontage Road** <br> **Myrtle Beach, SC 29577** | - | | | | | | 2,236.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **190,432.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Joseph Robert Guernsey**_____,    Case No. ___**08-02004**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Internal Revenue Service Insolvency Group 4 1835 Assembly Street MDP 39 RM 469 Columbia, SC 29201 | - | | | | | | | 3,039.00 |
| Account No. | | | | | | | | |
| John Chazen 1609 Magnolia Drive North Myrtle Beach, SC 29582 | - | | | | | | | 116,000.00 |
| Account No. | | | | | | | | |
| Johnny Davis 565 W Perry Road Myrtle Beach, SC 29579 | - | | | | | | | 436,000.00 |
| Account No. | | | | | | | | |
| Linda Howard 25 Plantation Drive Myrtle Beach, SC 29588 | - | | | | | | | 8,500.00 |
| Account No. | | | | | | | | |
| Lisa C Foroughi 2206 Haystack Way Myrtle Beach, SC 29579 | - | | | | | | | 7,580.00 |

Sheet no. __**9**___ of __**17**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**571,119.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                    ,    Case No. _____**08-02004**_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lowes GE Money Bank**<br>**Attn Bankruptcy Dept**<br>**PO Box 103104**<br>**Roswell, GA 30076** | - | | | | | | | 1,691.00 |
| Account No.<br><br>**Lynn Blevins**<br>**6312 B Colonial Drive**<br>**Myrtle Beach, SC 29572** | - | | | | | | | 130,000.00 |
| Account No.<br><br>**M B Auto and Truck Parts Inc**<br>**PO Box 465**<br>**Myrtle Beach, SC 29578** | - | | | | | | | 2,226.00 |
| Account No.<br><br>**Manheim Automotive Financial**<br>**Services In**<br>**c/o Jeffrey L Silver Esquire**<br>**PO Box 11656**<br>**Columbia, SC 29211-1656** | - | | | | | | | 250,000.00 |
| Account No.<br><br>**Mark Redman**<br>**8620 Sand Marcello Drive Ste 202**<br>**Myrtle Beach, SC 29579** | - | | | | | | | 70,000.00 |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

453,917.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Robert Guernsey**                                    ,    Case No.    **08-02004**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mike Ridgeway** **TNT Auto Sales** **2735 Hwy 501** **Conway, SC 29526** | - | | | | | | | 27,000.00 |
| Account No. | | | | | | | | |
| **Monte Grandon** **14234 Richmond Park Avenue** **Charlotte, NC 28277** | - | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| **Myrtle Beach Chevrolet** **PO Box 425** **Myrtle Beach, SC 29578** | - | | | | | | | 4,767.00 |
| Account No. | | | | | | | | |
| **National Processing Company** **710 Quail Ridge Drive** **Westmont, IL 60559** | - | | | | | | | 48,108.00 |
| Account No. | | | | | | | | |
| **NCO Financial Systems Inc** **PO Box 15630 Dept 23** **Wilmington, DE 19850** | - | | | | | | | 1,754.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **131,629.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Robert Guernsey**                                                                    ,        Case No.   **08-02004**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Qantumes of Myrtle Beach LLC 4841 Hwy 17 Bypass Myrtle Beach, SC 29577 | - | | | | | | 4,100.00 |
| Account No. Ralph Jones and Charlie Floyd 506 Calhoun Road Myrtle Beach, SC 29577 | - | | | | | | 250,000.00 |
| Account No. RMS 4836 Brecksville Road Richfield, OH 44286 | - | | | | | | 991.00 |
| Account No. Robert and Delores Guernsey 326 13th Avenue South Myrtle Beach, SC 29575 | - | | | | | | 53,000.00 |
| Account No. RSC Equipment Rental PO Box 840514 Dallas, TX 75284 | - | | | | | | 90.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          308,181.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Robert Guernsey**                                                          ,        Case No.        **08-02004**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**SC Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211** | | - | | | | | | 49,895.00 |
| Account No.<br><br>**SC Department of Transportation<br>955 Park St Ste 343<br>Columbia, SC 29202** | | - | | | | | | 85.00 |
| Account No.<br><br>**SC Employment Security Comm<br>PO Box 995<br>Columbia, SC 29202** | | - | | | | | | 525.00 |
| Account No.<br><br>**SC Student Loan Corp<br>PO Box 21337<br>Columbia, SC 29221** | | - | | | | | | 15,957.00 |
| Account No.<br><br>**SC Student Loan Corp<br>PO Box 21337<br>Columbia, SC 29221** | | - | | | | | | 3,560.00 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,022.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Robert Guernsey_____,    Case No. ____08-02004_____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shell Fleet Plus**<br>**PO Box 183019**<br>**Columbus, OH 43218** | - | | | | | | 2,131.00 |
| Account No.<br><br>**Stan Parker**<br>**2705 Forest Brook Road**<br>**Myrtle Beach, SC 29588** | - | | | | | | 100,000.00 |
| Account No.<br><br>**Steve and Suzanne Macklen**<br>**7705 Memory Lane**<br>**Myrtle Beach, SC 29588** | - | | | | | | 100,000.00 |
| Account No.<br><br>**Sun Trust Bank**<br>**25 Park Place**<br>**Atlanta, GA 30302** | - | | | | | | 265,720.00 |
| Account No.<br><br>**Sun Trust Bank**<br>**25 Park Place**<br>**Atlanta, GA 30302** | - | | | | | | 250,000.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **717,851.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Robert Guernsey_____,     Case No. ____08-02004_____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Sun News** <br>**PO Box 406** <br>**Myrtle Beach, SC 29578** | | - | | | | | | 2,327.00 |
| Account No. <br><br>**Thornhill Wholesale** <br>**839 South Park Drive** <br>**Myrtle Beach, SC 29577** | | - | | | | | | 18,900.00 |
| Account No. <br><br>**Universal Underwriters Group** <br>**1743 Paysphere Circle** <br>**Chicago, IL 60674** | | - | | | | | | 7,982.00 |
| Account No. <br><br>**Valpak of Eastern South Carolina** <br>**PO Box 2078** <br>**Mount Pleasant, SC 29465-2078** | | - | | | | | | 380.00 |
| Account No. <br><br>**Verizon Wireless** <br>**PO Box 660108** <br>**Dallas, TX 75266-0108** | | - | | | | | | 796.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of            Subtotal       30,385.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                          ,    Case No.    **08-02004**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Waccamaw Bank** <br> **PO Box 2009** <br> **Whiteville, NC 28472** | - | | | | | | | 805,593.00 |
| Account No. <br><br> **Waccamaw Bank** <br> **PO Box 2009** <br> **Whiteville, NC 28472** | - | | | | | | | 678,750.00 |
| Account No. <br><br> **Washington Mutual Bank** <br> **9451 Corbin Avenue** <br> **Northridge, CA 91328** | - | | | | | | | 73,983.00 |
| Account No. <br><br> **Waste Industries** <br> **3301 Benson Drive** <br> **Raleigh, NC 27609** | - | | | | | | | 310.00 |
| Account No. <br><br> **Wilkins Financial Services** <br> **120 N Old Statesville Road** <br> **Huntersville, NC 28078** | - | | | | | | | 595.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **1,559,231.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Robert Guernsey**                                            ,    Case No.    **08-02004**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Willi Clasen** 3812 Pheasant Chase Drive Richmond, VA 23231 | - | | | | | | 40,000.00 |
| Account No. **Wolters Kluwer** 8832 Innovation Way Chicago, IL 60682 | - | | | | | | 722.00 |
| Account No. **Zep Manufacturing Company** 425 Franklin Road Suite 530 Marietta, GA 30067 | - | | | | | | 151.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 40,873.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 9,145,593.00 |

B6G (Official Form 6G) (12/07)

In re    **Joseph Robert Guernsey**                                    ,          Case No.      **08-02004**
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Joseph Robert Guernsey**                                          ,    Case No.    __08-02004__
                                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re   **Joseph Robert Guernsey**                                              Case No.   **08-02004**
                                                     Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | 0.00 | N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**The debtor is currently seeking employment.**

B6J (Official Form 6J) (12/07)

In re __Joseph Robert Guernsey_____     Case No. __08-02004_____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|    a. Are real estate taxes included?    Yes ___    No _X_ | | |
|    b. Is property insurance included?    Yes ___    No _X_ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 0.00 |
|            b. Water and sewer | | $ 0.00 |
|            c. Telephone | | $ 0.00 |
|            d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 0.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 0.00 |
|            b. Other | | $ 0.00 |
|            c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
|       Other | | $ 0.00 |

| | |
|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **The debtor currently relies on family and friends to pay his basic living expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | | $ 0.00 |
| b.   Average monthly expenses from Line 18 above | | $ 0.00 |
| c.   Monthly net income (a. minus b.) | | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re   **Joseph Robert Guernsey**

Case No.   **08-02004**

Debtor(s)

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May  6, 2008**

Signature   **/s/ Joseph Robert Guernsey**

**Joseph Robert Guernsey**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of South Carolina

In re   __Joseph Robert Guernsey__                                        Case No.   __08-02004__

                                            Debtor(s)               Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$114,789.00** | **2006 - Southern Auto Sales** |
| **$28,962.00** | **2007 - Southern Auto Sales** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

2

**3. Payments to creditors**

None
■   *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Manheim Automotive Financial Services, Inc. v. Southern Auto Sales, Inc., et al 2007-CP-26-7121** | **Debt Collection** | **Common Pleas Horry County, SC** | **Pending - stayed due to bankruptcy filing** |
| **Flex Fund Financial Services, LLC v. Southern Auto Sales, Inc., and Joseph R. Guernsey 2007-CP-26-7016** | **Debt Collection** | **Common Pleas Horry County, SC** | **Pending - stayed due to bankruptcy filing** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5.  Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Drose Law Firm**<br>**3955 Faber Place Drive, Suite 103**<br>**Charleston, SC 29405** | **March 20, 2008**<br>**April 4, 2008** | **$5,000.00**<br>**$2,000.00 plus $500.00 for**<br>**filing fee and costs** |

4

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **See the attached quit claim deeds and promissory note (defaulted)** | | |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Scott Guernsey** | **2001 Chevrolet Suburban** | **Debtor's residence** |
| **326 13th Avenue South** | **Value unknown** | |
| **Surfside Beach, SC 29577** | | |

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DATE OF
NOTICE

ENVIRONMENTAL
LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT

DOCKET NUMBER

STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **501 Auto Sales** | **61-1429392** | **1515 Hwy. 501 Myrtle Beach, SC 29577** | **Auto Sales Company is still operating, however, the debtor lost his share of the company in October 2007.** | **December 1, 2002 - to present** |
| **Southern Auto Sales** | **57-1116965** | | **Auto Sales** | **March 2000 to October 2007** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                      DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

7

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
**Debtor does not recall issuing any**
**formal financial statements during this period.**

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

                                                              DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR               (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                      RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                              NATURE AND PERCENTAGE
NAME AND ADDRESS                  TITLE                         OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

NAME                              ADDRESS                       DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

NAME & ADDRESS                                                AMOUNT OF MONEY
OF RECIPIENT,                     DATE AND PURPOSE             OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date **May 6, 2008**                    Signature    **/s/ Joseph Robert Guernsey**

                                                      **Joseph Robert Guernsey**
                                                      Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Instrument#: 2007000185318, DEED BK: 3304 PG: 2422 DOCTYPE: 001 12/31/2007 at
03:33:28 PM, 1 OF 2, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR
DEEDS

A TRUE COPY, ATTEST
HORRY COUNTY REGISTER OF DEEDS
Robert V. Robert Illinois — Bailey V. Dispo

eg ony YI

_____ Excise Tax _____                    |         Recording Time, Book and page

Mail after recorded to Robert Steve Jolly, 5014 Arnold Road, Lexington, NC 27295
This instrument prepared by Joe Guernsey
Brief description for the index: Grantor(s) Joe Guernsey Grantee(s): Robert Steve Jolly

## QUIT CLAIM DEED

This DEED made this 31ˢᵗ day of December, 2007 by and between

| GRANTOR (S) | GRANTEE (S) |
|---|---|
| Joe Guernsey | Robert Steve Jolly<br>5014 Arnold Rd.<br>Lexington, NC 27295 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. Corporation or partnership.

The collective designations of Grantor and Grantee as used within this document will include said parties, their heirs, successors, and assigns forever and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

IN WITNESS WHEREOF, the Grantor(s), Joe Guernsey on 12/31/07, hereby acknowledged, have remised and released and by these presents do remise, release, and forever quit claim unto the Grantee(s) and his/hers heirs and assigns all right, title, claim, and interest of the said Grantor(s) in and to a certain tract or parcel of land lying and being in the Socastee Township, County of Horry, and the State of South Carolina, registered in Office of Register of Deeds Horry county Deed Book 3151; Page(s) 730 and more particularly as follows:

ALL AND SINGULAR, all that certain piece, parcel or lot of land lying, being and situate in Socastee Township, Horry County, South Carolina, and being shown and designated as Lot five (5) of Block C, Myrtle Heights Subdivision on a map made by J.C. Causey, R.L.S., dated December 3, 1956, and recorded in Plat Book 22 at page 85, Office of the RMC for Horry County, South Carolina.

This is the same property conveyed to MDB Properties, LLC by deed of Robert S. Brown, dated October 1, 2002 and recorded October 21, 2002 in the Office of the Register of Deeds for Horry County in Book 2530, Page 942.

Instrument#: 2007000185318, DEED BK: 3304 PG: 2423 DOCTYPE: 001 12/31/2007 at
03:33:28 PM, 2 OF 2, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR
DEEDS

This conveyance is made subject to Restrictive Covenants found recorded:

Title to the property hereinabove described is subject to the following exceptions if any:
Easements, Right(s) of Way, and Restrictions of record, if any.

IN TESTIMONY WHEREOF, the said Grantor(s) have hereunto set their hand(s) and seal(s) this 31st day
of December, 2007.

_____
Joe Guernsey

_____

_____
Witness

_____
Witness

THE STATE OF SOUTH CAROLINA   )
                              ) ss
COUNTY OF HORRY               )


I, _Linda W Shipp_ a Notary Public in the County of Horry and State of SOUTH

CAROLINA certify that Joe Guernsey, the Grantor(s) personally Appeared before me

this _31st_ day of _December_, 2007 and acknowledged the execution of the

foregoing Instrument.

Witness my hand and official stamp Or seal.

Notary Public _____

My Commission Expires _____8/4/09_____

eory Dunes

Instrument#: 2008080009163, DEED BK:
3309 PG: 1530 DOCTYPE: 001 01/22/2008
at 01:29:30 PM, 1 OF 3, EXEMPT,
BALLERY V. SKIPPER, HORRY COUNTY,
SC REGISTRAR OF DEEDS

Excise Tax                              Recording Time, Book and page

Mail after recorded to Robert Steve Jolly, 5014 Arnold Road, Lexington, NC 27295
This instrument prepared by Joseph Guernsey
Brief description for the index: Grantor(s) Joseph Guernsey and Edward Brzezinski Grantee(s): Robert
Steve Jolly

## QUIT CLAIM DEED

This DEED made this 22nd  day of January, 2008 by and between

| GRANTOR (S) | GRANTEE (S) |
|---|---|
| Joseph Guernsey<br>Edward Brzezinski | Robert Steve Jolly<br>5014 Arnold Rd.<br>Lexington, NC  27295 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. Corporation or partnership.

The collective designations of Grantor and Grantee as used within this document will include said parties,
their heirs, successors, and assigns forever and shall include singular, plural, masculine, feminine, or neuter
as may be required by context.

IN WITNESS WHEREOF, the Grantor(s), Joseph Guernsey and Edward Brzezinski on 01/22/08,  hereby
acknowledged, have remised and released and by these presents do remise, release, and forever quit claim
unto the Grantee(s) and his/hers heirs and assigns all right, title, claim, and interest of the said Grantor(s) in
and to a certain tract or parcel of land lying and being in the City of Myrtle Beach, Dogwood Neck
Township, County of Horry, and the State of South Carolina,  registered in Office of Register of Deeds
Horry county Deed Book 3173; Page(s) 1466-1469and more particularly  as follows:

ALL that certain piece, parcel or lot of land lying, and being in the City  of Myrtle Beach, Dogwood Neck
Township, County of Horry, State of South Carolina, designated as Lot 30, Cadiz, The Village at Grand
Dunes, shown on a plat entitled "Bonded Final Plat of Grand Dunes Development Co. LLC, Cadiz
Subdivision," prepared by Hobbs, Upchurch & Associates, dated September , 2002 recorded December 05,
2002, Book 187, Page 23, in the Office of the Register of Deeds for Horry County, South Carolina.

ALSO subject to the terms, conditions and provisions of the DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS FOR GRAND DUNES MASTER ASSOCIATION dated April 24,

2000, and recorded April 26, 2000 in Book 2254, Page 1219 in the Office of the ROD aforesaid, and as ,
may be amended thereafter; and to the terms, conditions and provisions of the DECLARATION OF
COVENANTS, CONDITIONS, AND RESTRICTIONS FOR THE VILLAGE AT GRANDE DUNES,
dated December 28, 2000, and recorded December 29, 2000, in Book 2330, page 744, in the office of the
ROD aforesaid, and as amended thereafter and as may be amended hereafter (the said instruments being
collectively referred to as, the "covenants").

AND FUTHER SUBJECT to that certain Development Agreement by and between Myrtle Beach Farms
Company, Inc. , Burroughs& Chapin Company, Inc., and Grand Dunes Development Company, LLC
(collectively referred to as the Developer) and the City of Myrtle Beach, said agreement being dated
December 5, 2000, and recorded December 6, 2000, in Book 2323 at page 933, records aforesaid.

TMS #: 165-21-01-021

This conveyance is made subject to Restrictive Covenants found recorded:

Title to the property hereinabove described is subject to the following exceptions if any:
Easements, Right(s) of Way, and Restrictions of record, if any.

IN TESTIMONY WHEREOF, the said Grantor(s) have hereunto set their hand(s) and seal(s) this 22ʳᵈ day
of January, 2008.

Joseph Guernsey

Edward Brzezinski

Witness

Witness

THE STATE OF SOUTH CAROLINA )
                                                         ) ss
COUNTY OF HORRY                     )

I, _____ , a Notary Public in the County of Horry and  State of SOUTH

CAROLINA certify that Joseph Guernsey and Edward Brzezinski, the Grantor(s) personally Appeared
before me
this ___21___ day of ____January____ , 2008 and acknowledged the execution  of the
foregoing instrument.

Witness my hand and official stamp  Or seal.



Notary Public _____

My Commission Expires ____8 /04 /09____

## STATE OF SOUTH CAROLINA

## COUNTY OF HORRY

### AFFIDAVIT

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. All and singular all that piece, parcel or tract of land, situate, lying and being in the City of Myrtle Beach, Dogwood Neck Township, County of Horry, State of South Carolina, designated as Lot 30, Cadiz, The Village at Grand Dunes, shown on plat entitled "Bonded Final Plat of Grand Dunes Development Co. LLC, Cadiz Subdivision," prepared by Hobbs, Upchurch & Associates, dated September, 2002 recorded December 05, 2002, Book 187, Page 23, in the Office of Deeds for Horry County, South Carolina.

TMS # 165-21-01-021.

The transaction was (check one);

___n/a___ an arm's length real property transaction and sales price paid or to be paid in money or money's worth was

___X___ not an arm's length real property transaction.

The above transaction is exempt, or partially exempt, from the recording fee as set forth in S.C. Code Ann. Sections 12-24-10 et. seq. because no monies exchanged hands and for which no gain or loss is recognized.

As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as the Seller.

I further understand that a person required to furnish this affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and ,upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

Seller, Purchaser, Legal Representative of the Purchaser,
Or other Responsible Person connected with the transaction.

SWORN to before me this ___21___
Day of ___January___, ___2008___

Notary Public for South Carolina

My Commission Expires:___8 /04 /09___

COPY

Doc ID: 012296080002 Type: CRP
Recorded: 12/31/2007 at 10:51:39 AM
Fee Amt: $17.00 Page 1 of 2
Excise Tax: $0.00
Instr# 200700029929
Gaston, NC
Susan S. Lockridge Register of Deeds
BK4376 PG879-880

2

RECORDING FEE _17.00_
EXCISE TAX PAID _____

Excise Tax _____     Recording Time, Book and page

Mail after recorded to Robert Steve Jolly, 5014 Arnold Road, Lexington, NC 27295
This instrument prepared by Joseph Guernsey
Brief description for the index: Grantor(s) Robert, Delores, and Joseph Guernsey: Grantee(s): Robert Steve
Jolly

## QUIT CLAIM DEED

This DEED made this 31st day of December, 2007 by and between

| GRANTOR (S) | GRANTEE (S) |
|---|---|
| Robert J. Guernsey and wife Delores D. Guernsey and Joseph Guernsey | Robert Steve Jolly (not married) 5014 Arnold Rd. Lexington, NC 27295 |

Enter in appropriate block for each party; name, address, and, if appropriate, character of entity, e.g. Corporation or partnership.

The collective designations of Grantor and Grantee as used within this document will include said parties, their heirs, successors, and assigns forever and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

IN WITNESS WHEREOF, the Grantor(s), On 12/31/07, hereby acknowledged, have remised and released and by these presents do remise, release, and forever quit claim unto the Grantee(s) and his/hers heirs and assigns all right, title, claim, and interest of the said Grantor(s) in and to a certain tract or parcel of land lying and being in the Southpoint Township, County of Gaston, and the State of North Carolina, registered in Office of Register of Deeds Gaston county Deed Book 4090; Page(s) 1728-1730 and more particularly as follows:

BEING the full contents of Lot Number Three (3) in Block "C" of the property of Cedar Grove , Inc. as shown and described on that certain map or plat thereof which is duly filed for recording in Plat Book 30 at page 60 in the Office of the Register of Deeds for Gaston County, North Carolina, to which reference is hereby made for a more full and complete description of said Lot by metes and bounds.

The property herein above described was acquired by Grantor by instrument recorded in Book 4090 Pages 1728-1730.

map showing the above described property is recorded in Plat Book 30 Page 60.

This conveyance is made subject to Restrictive Covenants found recorded: None

The Grantor acquired the property hereinabove described by instrument recorded in the Gaston County Registry and is recorded in Book: 1788 Pages: 1450-1451.

Title to the property hereinabove described is subject to the following exceptions if any:
Easements, Right(s) of Way, and Restrictions of record, if any.

IN TESTIMONY WHEREOF, the said Grantor(s) have hereunto set their hand(s) and seal(s) this 29th day of December, 2007.

_____
Robert Guernsey

_____
Joesph Guernsey

_____
Delores D. Guernsey

THE STATE OF SOUTH CAROLINA   )
                              ) ss
COUNTY OF HORRY               )

I, _Linda W. Sain_, a Notary Public in the County of Horry and State of SOUTH CAROLINA certify that Robert, Delores, and Joseph Guernsey, the Grantor(s) personally Appeared before me this 31st day of _December_, 2007 and acknowledged the execution of the foregoing instrument.

Witness my hand and official stamp Or seal.

Notary Public _____

My Commission Expires _8/4/09_

LINK Document COPY

Doc ID: 010692930002 Type: CRP
Recorded: 12/31/2007 at 09:29:40 AM
Fee Amt: $17.00 Page 1 of 2
Excise Tax: $0.00
Iredell County, NC
Brenda D. Bell Register of Deeds
BK **1908** PG **1367-1368**

Excise Tax ◯                    *Recording Time, Book and page*

Mail after recorded to Robert Steve Jolly, 5014 Arnold Road, Lexington, NC 27295
This instrument prepared by Joseph Guernsey
Brief description for the index: Grantor(s) Joseph Guernsey: Grantee(s): Robert Steve Jolly

## QUIT CLAIM DEED

This DEED made this 29th day of December, 2007 by and between

| GRANTOR (S) | GRANTEE (S) |
|---|---|
| Joseph Guernsey    (not married) | Robert Steve Jolly (not married) 5014 Arnold Rd. Lexington, NC 27295 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. Corporation or partnership.

The collective designations of Grantor and Grantee as used within this document will include said parties, their heirs, successors, and assigns forever and shall include singular, plural, masculine, feminine, or neuter as may be required by context.

IN WITNESS WHEREOF, the Grantor(s), Joseph Guernsey on 12/29/07, hereby acknowledged, have remised and released and by these presents do remise, release, and forever quit claim unto the Grantee(s) and his/hers heirs and assigns all right, title, claim, and interest of the said Grantor(s) in and to a certain tract or parcel of land lying and being in the City of M, County of Iredell, and the State of North Carolina, registered in Office of Register of Deeds Iredell county Deed Book 1788; Page(s) 1450-1451 and more particularly as follows:

BEING all of Lot 36 of Diamondhead Subdivision, as same is planned and recorded in Plat Book 21 at Page 76A, in the Office of the Register of Deeds for Iredell County, North Carolina.

The property herein above described was acquired by Grantor by instrument recorded in Book 1788 Pages 1450-1451.

A map showing the above described property is recorded in Plat Book 21 Page 76A.

This conveyance is made subject to Restrictive Covenants found recorded:   None

The Grantor acquired the property hereinabove described by instrument recorded in the Horry County Registry and is recorded in Book: 1788 Pages: 1450-1451.

Title to the property hereinabove described is subject to the following exceptions if any:
Easements, Right(s) of Way, and Restrictions of record, if any.

IN TESTIMONY WHEREOF, the said Grantor(s) have hereunto set their hand(s) and seal(s) this 29th  day of December, 2007.

_____
Joseph Guernsey

_____

_____
Witness

_____
Witness

THE STATE OF SOUTH CAROLINA    )
                               ) ss
COUNTY OF HORRY                )

I, _____ Notary Public in the County of Horry and  State of SOUTH

CAROLINA certify that Joseph Guernsey, the Grantor(s) personally Appeared before me

this   29th   day of _____, 2007 and acknowledged the execution  of the

foregoing instrument.

Witness my hand and official stamp  Or seal.

Notary Public _____

My Commission Expires _____

Instrument#: 2007000185316, DEED BK: 3304 PG: 2418 DOCTYPE: 001 12/31/2007 at
03:33:26 PM, 1 OF 2, EXEMPT, BALLERY V. SKIPPER, HORRY COUNTY, SC REGISTRAR OF
DEEDS

7840 Number correct
1780001029

_____ Excise Tax _____ | _____ Recording Date, Book and page _____

Mail after recorded to Robert Steve Jolly, 5014 Arnold Road, Lexington, NC 27295
This instrument prepared by Joseph Guernsey
Brief description for the Index: Grantor(s) Joseph Guernsey Grantee(s): Robert Steve Jolly

## QUIT CLAIM DEED

This DEED made this 31ᵉ day of December, 2007 by and between

| GRANTOR (S) | GRANTEE (S) |
|---|---|
| Joseph Guernsey | Robert Steve Jolly<br>5014 Arnold Rd.<br>Lexington, NC 27295 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.q. Corporation or partnership.

The collective designations of Grantor and Grantee as used within this document will include said parties,
their heirs, successors, and assigns forever and shall include singular, plural, masculine, feminine, or neuter
as may be required by context.

IN WITNESS WHEREOF, the Grantor(s), Joseph Guernsey on 12/31/07, hereby acknowledged, have
remised and released and by these presents do remise, release, and forever quit claim unto the Grantee(s)
and his/hers heirs and assigns all right, title, claim, and interest of the said Grantor(s) in and to a certain
tract or parcel of land lying and being in the Socastee Township, County of Horry, and the State of South
Carolina, registered in Office of Register of Deeds Horry county Deed Book 2624; Page(s) 0533and more
particularly as follows:

ALL AND SINGULAR, all that certain piece, parcel or lot of land lying, being and situate in Socastee
Township, Horry County, South Carolina, and being more particularly described as Tract 5 of the Peachtree
Lake Properties, Property of Socastee Developers and Builders, Inc. as is shown on a map prepared by PH
Dukes, RLS, dated August 26, 1978 and recorded in the Office of the RMC for Horry County in Deed Book
645, a page 84, reference to which is craved as forming a part of these presents, Reference is further made
to that survey and plat prepared by Cutler Land Surveying Co., Inc. dated October 32, 1986 and filed
December 8, 1986 in Plat Book 94, at Page 20, in the Office of the RMC for Horry County , South
Carolina.

This conveyance is made subject to those certain restrictions, conditions, covenants and easements as

s/contained in that certain Declaration of Conditions, Covenants, Restrictions and Easements Afecting
Property known as Peachtree Lake Properties, dated May 3, 1979 and recorded in the RMC for Horry
County in Deed Book 642, Page 742.

This being the identical property conveyed to the Grantor by deed of Harland and Betty Jones dated
October 30, 2000 and recorded October 30, 2000 at Deed Book 2313 at Page 253 Horry County Register of
Deeds.

This conveyance is made subject to Restrictive Covenants found recorded:

Title to the property hereinabove described is subject to the following exceptions if any:
Easements, Right(s) of Way, and Restrictions of record, if any.

IN TESTIMONY WHEREOF, the said Grantor(s) have hereunto set their hand(s) and seal(s) this 31ᵉ day
of December, 2007.

_____                        _____
Joseph Guernsey                                        Witness

                                                       _____
_____                        Witness


THE STATE OF SOUTH CAROLINA    )
                               ) ss
COUNTY OF HORRY                )


I, _____, a Notary Public in the County of Horry and State of SOUTH

CAROLINA certify that Joseph Guernsey, the Grantor(s) personally Appeared before me

this  31ˢᵗ  day of  December _____, 2007 and acknowledged the execution of the

foregoing instrument.

Witness my hand and official stamp Or seal,

Notary Public  _____

My Commission Expires  _____

# Promissory Note

Dollar Amount: _50,000.²⁰_ Dated: _June 5, 2007_

Total Principal Amount: _50,000.²⁰ + Interest_ State of: _South Carolina_

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of _Ralph Harrals_
_____, the sum of _Fifty Thousand_ _____ Dollars
($ _50,000.²⁰_ ), together with interest thereon at the rate of _Seven Percent_
percent ( _7_ %) per annum on the unpaid balance. Said sum shall be paid in the manner following:
_One Oct 5, 2007 payment in full plus interest._
_For security, the business pledged and interest_
_and stock in 501 Auto Sales Inc. If payment is_
_not made in full on this date, Ralph Harrison has_
_the right to exercise his control and take over my sh..._
_of 501 Auto Sales Inc. This will satisfie the debt._
All payments shall be first applied to interest and the balance to principal. All prepayments shall be applied in
reverse order of maturity. This note may be prepaid, at any time, in whole or part, without penalty. This note shall at
the option of any holder hereof be immediately due and payable upon the occurrence of any of the following:

1. Failure to make any payment due hereunder within _Oct 5, 2007_ days of its due date.
2. Breach of any condition of any security interest, mortgage, pledge agreement or guaranty granted as collateral
   security for this note.
3. Breach of any condition of any security agreement or mortgage, if any, having a priority over any security
   agreement or mortgage on collateral granted, in whole or in part, as collateral security for this note.
4. Upon the death, dissolution or liquidation of any of the undersigned, or any endorser, guarantor or surety
   hereto.
5. Upon the filing by any of the undersigned of an assignment for the benefit of creditors, bankruptcy or for
   relief under any provisions of the Bankruptcy Code; or by suffering an involuntary petition in bankruptcy or
   receivership not vacated within 30 days.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to
pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall
be subject to a late charge of _None_ _____ percent ( _N/A_ %) of
said payment or _None_ _____ Dollars ($ _N/A_ ).
All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain
fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices
thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other
indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the
exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence
by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an
indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder
hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any
of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of
attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and
not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and
enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby
execute this note as principals and not as sureties.

www.socrates.com

© 2005 Socrates Media, LLC
LF202.1 • Rev. 03/05

Signed in the presence of:

Witness: _____    Borrower: _____

Witness: _____    Borrower: _____

On _____, before me, _____, personally known to me (or proved appeared _____ to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

Affiant _____Known_____Produced ID
Type of ID _____
        (Seal)

GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:

Witness: _____    Guarantor: _____

Witness: _____    Guarantor: _____

On _____, before me, _____, personally known to me (or proved appeared _____ to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

Affiant _____Known_____Produced ID
Type of ID _____
        (Seal)

Page 2 of 2



## PROMISSORY NOTE

FOR VALUE RECEIVED the undersigned, jointly and severally, promise to pay to

**Robert Steve Jolly** _____, or order, the principal sum of **$4,270,000.00**, DOLLARS, with

interest from **August 01, 2007** at a rate of **1/4%    (One four percent)** percent per annum

on the unpaid balance until paid or until default, both principal and interest payable in

lawful money of the United States of America, at **5014 Arnold Road, Lexington, NC**

**27295** or at such place as the legal holder hereof may designate in writing. It is

understood and agreed that additional amounts may be advanced by holder hereof as

provided in the instruments, if any, securing this Note and such advances will be added to

the principal of this Note and will accrue interest at the above specified rate of interest

from the date of advance until paid. The principal and interest shall be due and payable

as follows:
**First payment due September 01, 2007 of $15,000.00. remaining payments of $15,000.00**

**Due monthly until principal and interest is paid .**

If not sooner paid.

If payable in installments, each such installment shall, unless otherwise provided, be

applied first to payment of interest then accrued and due on the unpaid principal

balance, with the remainder applied to the unpaid principal.

Unless otherwise provided, this Note may be prepaid in full or in part at any time

Without penalty or premium. Partial prepayments shall be applied to installments due in

reverse order of their maturity.

In the event of (a) default in payment of any installment of principal or interest hereof

**Page 1 of 3** .

ORIGINAL COPY

As the same becomes due and such default is not cured within ten (10) days from the

due date, or (b) default under the terms of any instrument securing this Note, and

Such default is not cured within fifteen (15) days after written notice to maker, then in

Either such event the holder may, without further notice, declare the remainder of the

Principal sum, together with all interest accrued thereon, and the prepayment premium,

If any, at once due and payable. Failure to exercise this option shall not constitute a

Waiver of the right to exercise the same at any other time. The unpaid principal of this

Note and any part thereof, accrued interest and all other sums due under this Note

The Deed of Trust or security instrument, if any, shall bear interest at the rate of

____8 %_____ percent per annum after default until paid.

All parties to this Note, including maker and any sureties, endorsers, or guarantors,

hereby waive protest, presentment, notice of dishonor, and notice of acceleration of

Maturity and agree to continue to remain bound for the payment of principal, interest,

And all other sums due under this Note and the Deed of trust or security instrument,

Notwithstanding any change or changes by way of release, surrender, exchange,

Modification or substitution of any security for this Note or by way of any extension or

Extensions of time for the payment of principal and interest; and all such parties waive

All and every kind of notice of such change or changes and agree that the same may be

Made without notice or consent of any of them.

Upon default, the holder of this Note may employ an attorney to enforce the holder's

Rights and remedies and the maker, principal, surety, guarantor and endorsers of this

Note hereby agree to pay to the holder reasonable attorneys fees not exceeding a sum

Equal to __20 %_____ percent of the outstanding balance owing on said Note, plus all

Other reasonable expenses incurred by holder in exercising any of the holder's right

ORIGINAL COPY

and remedies upon default. The rights and remedies of the holder as provided in this

Note and any instrument securing this Note shall be cumulative and may be pursued singly,

Successively, or together against the property described in the Deed of Trust or security

Instrument, or any other funds, property or security held by the holder for payment or Security, in

the sole discretion of the holder. The failure to exercise any such right or remedy shall not be a

waiver or release of such rights or remedies or the right to exercise any of them at another time.

This Note is to be governed and construed in accordance with the laws of the State of

South Carolina .

This Note is given as consideration for lien against real property, fixtures, and mineral

rights and is secured by Quick Claim Deeds

Which is a secured lien upon the properties therein described.

IN TESTIMONY WHEREOF, each individual maker has set his/her hand and

Adopted as his/her seal the word "SEAL" appearing beside his/her name the day and year first

Above written.

_____ (SEAL)
Joseph Guernsey

_____ (SEAL)

_____
Rahdall Sain (witness)

_____
Diane Freedle (witness)

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be

Executed in its corporate name by its President, and its corporate seal to be hereto

Affixed, all by order of its Board of Directors first duly given, this day and year first

above written.

_____ (SEAL)

_____
President

**Page 3 of 3**

# PROMISSORY NOTE

FOR VALUE RECEIVED the undersigned, jointly and severally, promise to pay to

**Robert Steve Jolly**_____, or order, the principal sum of **$500,000.00**, DOLLARS, with

interest from **July 07, 2007** at a rate of **1/4%   (one fourth )** percent per annum

on the unpaid balance until paid or until default, both principal and interest payable in

lawful money of the United States of America, at **5014 Arnold Road, Lexington, NC**

**27295** or at such place as the legal holder hereof may designate in writing. It is

understood and agreed that additional amounts may be advanced by holder hereof as

provided in the instruments, if any, securing this Note and such advances will be added to

the principal of this Note and will accrue interest at the above specified rate of interest

from the date of advance until paid. The principal and interest shall be due and payable

as follows;
**First payment due August 07, 2007 of $1,500.00  remaining payments of $1,500.00**

**Due monthly until principal and interest is paid .**

If not sooner paid.

If payable in installments, each such installment shall, unless otherwise provided, be

applied first to payment of interest then accrued and due on the unpaid principal

balance, with the remainder applied to the unpaid principal.

Unless otherwise provided, this Note may be prepaid in full or in part at any time

Without penalty or premium. Partial prepayments shall be applied to installments due in

reverse order of their maturity.

In the event of (a) default in payment of any installment of principal or interest hereof

## Page 1 of 3



As the same becomes due and such default is not cured within ten (10) days from the

due date, or (b) default under the terms of any instrument securing this Note, and

Such default is not cured within fifteen (15) days after written notice to maker, then in

Either such event the holder may, without further notice, declare the remainder of the

Principal sum, together with all interest accrued thereon, and the prepayment premium,

If any, at once due and payable. Failure to exercise this option shall not constitute a

Waiver of the right to exercise the same at any other time. The unpaid principal of this

Note and any part thereof, accrued interest and all other sums due under this Note

The Deed of Trust or security instrument, if any, shall bear interest at the rate of

___8 %_____ percent per annum after default until paid.

All parties to this Note, including maker and any sureties, endorsers, or guarantors,

hereby waive protest, presentment, notice of dishonor, and notice of acceleration of

Maturity and agree to continue to remain bound for the payment of principal, interest,

And all other sums due under this Note and the Deed of trust or security instrument,

Notwithstanding any change or changes by way of release, surrender, exchange,

Modification or substitution of any security for this Note or by way of any extension or

Extensions of time for the payment of principal and interest; and all such parties waive

All and every kind of notice of such change or changes and agree that the same may be

Made without notice or consent of any of them.

Upon default, the holder of this Note may employ an attorney to enforce the holder's

Rights and remedies and the maker, principal, surety, guarantor and endorsers of this

Note hereby agree to pay to the holder reasonable attorneys fees not exceeding a sum

Equal to ___20 %_____ percent of the outstanding balance owing on said Note, plus all

Other reasonable expenses incurred by holder in exercising any of the holder's right

**Page 2 of 3**



and remedies upon default. The rights and remedies of the holder as provided in this

Note and any instrument securing this Note shall be cumulative and may be pursued singly,

Successively, or together against the property described in the Deed of Trust or security

Instrument, or any other funds, property or security held by the holder for payment or Security, in

the sole discretion of the holder. The failure to exercise any such right or remedy shall not be a

waiver or release of such rights or remedies or the right to exercise any of them at another time.

This Note is to be governed and construed in accordance with the laws of the State of

North Carolina .

This Note is given as **consideration for lien against real property, fixtures, and mineral**

**rights** and is secured by a **Quik Claim Deed**

Which is a secured lien upon the property therein described.

IN TESTIMONY WHEREOF, each individual maker has set his/her hand and

Adopted as his/her seal the word "SEAL" appearing beside his/her name the day and year first

Above written.

Joseph Guernsey _____ (SEAL)

_____(SEAL)

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be

Executed in its corporate name by its President, and its corporate seal to be hereto

Affixed, all by order of its Board of Directors first duly given, this day and year first

above written.

_____ (SEAL)

_____
President

**Page 3 of 3**

Form 8
(10/05)

# United States Bankruptcy Court
## District of South Carolina

In re    **Joseph Robert Guernsey**                           Case No.    **08-02004**

                                    Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date    **May 6, 2008**                        Signature    **/s/ Joseph Robert Guernsey**

                                                      **Joseph Robert Guernsey**

                                                      Debtor

B22A (Official Form 22A) (Chapter 7) (01/08)

| | |
|---|---|
| In re __Joseph Robert Guernsey__<br>Debtor(s)<br>Case Number: __08-02004__<br>(If known) | According to the calculations required by this statement:<br>☐ **The presumption arises.**<br>■ **The presumption does not arise.**<br>(Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary business expenses | $ | $ |
| c. | Business income | Subtract Line b from Line a | |

(Line 4 column values: $ / $)

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| 5 | **Rents and other real property income.**  Subtract Line b from Line and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ | $ |
| b. | Ordinary and necessary operating expenses | $ | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

(Line 5 column values: $ / $)

| | | Column A | Column B |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                          2

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
|---|---|---|---|
| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ _____  Spouse $ _____ | $ | $ |
| 10 | Income from all other sources. Specify source and amount.  If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>　　　　　　　　　　　　　　　　Debtor　　　　Spouse<br>a.　　　　　　　　　　　$　　　　$<br>b.　　　　　　　　　　　$　　　　$<br>Total and enter on Line 10 | $ | $ |
| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |
| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____      b. Enter debtor's household size: _____ | $ |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 13 is less than or equal to the amount on Line 14.  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ The amount on Line 13 is more than the amount on Line 14.  Complete the remaining parts of this statement. |

Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.　　　　　　　　　$<br>b.　　　　　　　　　$<br>c.　　　　　　　　　$<br>d.　　　　　　　　　$<br>Total and enter on Line 17 | $ |
| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                                           3

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $<br>$ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>{health care subtable below} | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.**<br><br>{mortgage subtable below} | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                                                          4

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1    ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance — $ <br>b. Disability Insurance — $ <br>c. Health Savings Account — $ <br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | $ |

| | | | | |
|---|---|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                                                 7

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

**Part VII. ADDITIONAL EXPENSE CLAIMS**

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| Expense Description | Monthly Amount |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| Total: Add Lines a, b, c, and d | $ |

**Part VIII. VERIFICATION**

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|
| | Date:  **May  6, 2008**                          Signature:  **/s/ Joseph Robert Guernsey** |
| | **Joseph Robert Guernsey** |
| | (Debtor) |