# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GUERNSEY, JOSEPH ROBERT | § | Case No. 08-02004 DRD |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KEVIN CAMPBELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                          Claims Discharged
                                                           Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/KEVIN CAMPBELL_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | RALPH JONES AND CHARLIE FLOYD | | | | | |
| 000006 | RALPH JONES AND CHARLIE FLOYD | | | | | |
| 000017 | RODDY DICKINSON HORRY COUNTY TREASU | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KEVIN CAMPBELL, TRUSTEE | | | | | |
| KEVIN CAMPBELL, TRUSTEE | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |
| CAMPBELL LAW FIRM, P.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. FISCHBEIN | | | | | |
| DAVID R. FISCHBEIN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027B | DEPARTMENT OF THE TREASURY | | | | | |
| 000027C | DEPARTMENT OF THE TREASURY | | | | | |
| 000015B | SC DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | ALLTEL COMMUNICATIONS | | | | | |
| 000022 | AUTOMOTIVE FINANCE CORPORATION | | | | | |
| 000002 | CAPITAL RECOVERY II, TRANSFEREE | | | | | |
| 000004 | CAROLINA TRUST FEDERAL CREDIT UNION | | | | | |
| 000013 | FIRST CITIZENS BANK | | | | | |
| 000009 | FLEX FUND FINANCIAL SERVICES LLC | | | | | |
| 000021 | GEORGETOWN HOSPITAL SYSTEM | | | | | |
| 000008 | HANOVER INSURANCE COMPANY | | | | | |
| 000010 | HORRY COUNTY EMERGENCY MEDICAL SERV | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | HORRY COUNTY STATE BANK | | | | | |
| 000011A | IMPERIAL AUTO AUCTION | | | | | |
| 000011B | IMPERIAL AUTO AUCTION | | | | | |
| 000018 | MONTE GRANDON | | | | | |
| 000003 | SC STUDENT LOAN CORPORATION | | | | | |
| 000023 | STANLEY E. PARKER | | | | | |
| 000020 | STEVE AND SUZANNE MACKLEN | | | | | |
| 000019 | THE SUN NEWS | | | | | |
| 000001 | WASTE INDUSTRIES | | | | | |
| 000005 | WILKINS FINANCIAL SERVICES | | | | | |
| 000014 | ZURICH | | | | | |
| 000025 | BP | | | | | |
| 000026 | MYRTLE BEACH CHEVROLET | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | THORNHILL WHOLESALE | | | | | |
| 000027A | DEPARTMENT OF THE TREASURY | | | | | |
| 000015A | SC DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-02004 | DRD | Judge: DAVID R. DUNCAN, JUDGE |
|---|---|---|---|
| Case Name: | GUERNSEY, JOSEPH ROBERT | | |

| Trustee Name: | KEVIN CAMPBELL |
|---|---|
| Date Filed (f) or Converted (c): | 04/04/08 (f) |
| 341(a) Meeting Date: | 05/28/08 |
| Claims Bar Date: | 09/02/08 |

For Period Ending: 05/07/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. WACCAMAW BANK SAVINGS ACCOUNT - ESTIMATED BALANCE AT THE TIME OF FILING. (RECEIVED NON-EXEMPT FUNDS) [WACHOVIA BANK SAVINGS ACCOUNT WAS STATED ON THE DEBTOR'S ORIGINAL FILED SCHEDULES.] Debtor Claimed Exemption | 3,500.00 | 2,500.00 | | 2,515.50 | FA | 0.00 | 1,000.00 |
| 2. FIRST CITIZENS BANK CHECKING ACCOUNT - ESTIMATED BALANCE AT TIME OF FILING. THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS AND FURNISHINGS THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. Debtor Claimed Exemption | 2,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 2,000.00 |
| 4. WEARING APPAREL THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. Debtor Claimed Exemption | 200.00 | 0.00 | DA | 0.00 | FA | 0.00 | 200.00 |
| 5. WATCH THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. Debtor Claimed Exemption | 50.00 | 0.00 | DA | 0.00 | FA | 0.00 | 50.00 |
| 6. GOLF CLUBS THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. | 50.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 7. 2007 INCOME TAX REFUND OF $4,421 SUBJECT TO AN OFFSET BY THE INTERNAL REVENUE SERVICE. (AN APPLICATION FOR TENTATIVE REFUND WAS FILED WITH THE IRS). | 4,421.00 | 3,265.76 | | 3,265.76 | FA | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-02004 DRD | Judge: DAVID R. DUNCAN, JUDGE | Trustee Name: | KEVIN CAMPBELL |
|---|---|---|---|---|
| Case Name: | GUERNSEY, JOSEPH ROBERT | | Date Filed (f) or Converted (c): | 04/04/08 (f) |
| | | | 341(a) Meeting Date: | 05/28/08 |
| | | | Claims Bar Date: | 09/02/08 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 8. 2007 INCOME TAX REFUND OF $1,657 SUBJECT TO AN OFFSET BY THE SC DEPARTMENT OF REVENUE. (AN APPLICATION FOR TENTATIVE REFUND WAS FILED WITH THE SCDOR). (THE RESPONSE FROM THE STATE WAS THAT THE ESTATE WAS NOT ENTITLED TO A REFUND) .THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | 3.70 | | 3.70 | FA | 0.00 | 0.00 |
| 11. POSSIBLE CLAIM AGAINST ROBERT JOLLY (u) THERE WAS INSUFFICIENT VALUE TO BENEFIT THE ESTATE; THE TRUSTEE ABANDONS NOW. | Unknown | Unknown | DA | 0.00 | FA | 0.00 | 0.00 |
| 12. YEAR 2005 FEDERAL INCOME TAX REFUND (u) | 6,057.48 | 6,057.48 | | 6,057.48 | FA | 0.00 | 0.00 |
| 13. YEAR 2006 FEDERAL INCOME TAX REFUND (u) | 7,153.53 | 7,153.53 | | 7,153.53 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $23,432.01 | $18,980.47 | | $18,995.97 | $0.00 | $0.00 | $3,250.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE:JOSEPH ROBERT GUERNSEY
B/K CASE NO. 08-02004-DD
OUR FILE NO. 08-0841T

FINAL REPORT CASE HISTORY

JOSEPH ROBERT GUERNSEY (HEREINAFTER REFERRED TO AS THE "DEBTOR"), FILED FOR CHAPTER 7 BANKRUPTCY PURSUANT TO TITLE 11 OF THE UNITED STATES CODE ON APRIL 4, 2008. KEVIN CAMPBELL, (HEREINAFTER REFERRED TO AS THE "TRUSTEE"), WAS DULY APPOINTED AS THE INTERIM CHAPTER 7 TRUSTEE, WHOSE APPOINTMENT BECAME PERMANENT AT THE MEETING OF CREDITORS HELD ON MAY 28, 2008, AND CONTINUED ON JULY 23, 2008. THIS CASE WAS EVENTUALLY DECLARED TO BE AN ASSET CASE.

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-02004    DRD    Judge: DAVID R. DUNCAN, JUDGE | Trustee Name:    KEVIN CAMPBELL |
| Case Name: | GUERNSEY, JOSEPH ROBERT | Date Filed (f) or Converted (c):    04/04/08 (f) |
| | | 341(a) Meeting Date:    05/28/08 |
| | | Claims Bar Date:    09/02/08 |

    KEVIN CAMPBELL AND HIS STAFF WILL BE HEREINAFTER COLLECTIVELY REFERRED TO AS THE "TRUSTEE", ALTHOUGH ATTACHED TO THIS FINAL REPORT IS A STATEMENT WHICH PARTICULARLY SETS FORTH THE WORK DONE BY THE TRUSTEE AND HIS INDIVIDUAL STAFF MEMBERS.

    THE TRUSTEE RETAINED THE CAMPBELL LAW FIRM, P.A., (HEREINAFTER REFERRED TO AS THE "FIRM"), AS ATTORNEY FOR THE TRUSTEE AND THE ESTATE. THE APPOINTMENT OF THE FIRM WAS FILED WITH THE COURT ON MAY 23, 2008, AND FORMALLY APPROVED BY COURT ORDER ENTERED ON JUNE 3, 2008. THE FIRM, AS ATTORNEY FOR THE TRUSTEE AND THE ESTATE, SHALL COLLECTIVELY INCLUDE THE ATTORNEYS AND THE STAFF MEMBERS OF THE FIRM, ALTHOUGH ATTACHED TO THIS FINAL REPORT IS A STATEMENT WHICH MORE PARTICULARLY SETS FORTH THE WORK PERFORMED BY THE INDIVIDUAL ATTORNEYS AND STAFF OF THE FIRM.

GENERAL CASE ADMINISTRATION.
    PRIOR TO THE MEETING OF CREDITORS, THE TRUSTEE REVIEWED THE DEBTOR'S SCHEDULES, STATEMENTS AND OTHER DOCUMENTS FILED WITH THE COURT. HE ALSO REVIEWED ADDITIONAL FINANCIAL INFORMATION PRIOR TO THE MEETING OF CREDITORS. AT THE MEETING OF CREDITORS, THE DEBTOR TESTIFIED CONCERNING HIS BUSINESS AFFAIRS. ALSO, AT THE MEETING, THE TRUSTEE REQUESTED ADDITIONAL BOOKS AND RECORDS.

    THE FIRM REVIEWED THE DEBTORS' SCHEDULES, STATEMENTS AND OTHER DOCUMENTS FILED WITH THE COURT, RECORDS AT THE SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, HORRY COUNTY CLERK OF COURT, AS WELL AS THE FINANCIAL RECORDS PROVIDED BY THE DEBTOR. THE TRUSTEE HAD REVIEWED THE DEBTOR'S FINANCIAL ACCOUNTS AND DETERMINED THAT ADDITIONAL INFORMATION WAS NEEDED. THE TRUSTEE DIRECTED THE FIRM TO CONTINUE THE INVESTIGATION INTO THIS MATTER.

    EARLY IN THIS CASE THERE WERE CONCERNS OVER THE BUSINESS ACTIVITY OF SOUTHERN AUTO SALES. WITH THAT BUSINESS, THE DEBTOR HAD PURPORTEDLY SOLD NUMEROUS VEHICLES OUT OF TRUST AND HAD FAILED TO SATISFY LIENS WHEN RE-SELLING TRADE-IN VEHICLES. THE FIRM EVALUATED THE BOOKS AND RECORDS AND DETERMINED THAT THERE WERE NO FRAUDULENT CONVEYANCES TO THE DEBTOR OR OTHER THIRD PARTIES. IT WAS JUST A BAD BUSINESS ENVIRONMENT THAT CAUSED THE FINANCIAL PROBLEMS FOR THE BUSINESS AND NOT IMPROPER PAYMENTS TO THE PRINCIPAL OR THIRD PARTIES.

    IN REVIEWING THE COUNTY RECORDS, THE FIRM DETERMINED THAT PRIOR TO THE FILING OF THE BANKRUPTCY CASE THE DEBTOR, IN AN APPARENT ATTEMPT TO FRUSTRATE MORTGAGE CREDITORS, HAD CONVEYED NUMEROUS PARCELS OF REAL PROPERTY TO AN INDIVIDUAL BY THE NAME OF ROBERT JOLLY. THROUGH PREVIOUS DEALINGS WITH MR. JOLLY, IT WAS APPARENT THAT THE DEBTOR, FOR THE SOLE PURPOSE OF DELAYING THE CREDITORS, HAD CONVEYED, FOR NO CONSIDERATION, THE PROPERTIES TO MR. JOLLY. AS A RESULT, AT THE DIRECTION OF THE TRUSTEE, THE FIRM FILED AN ADVERSARY PROCEEDING SEEKING THE DENIAL OF THE DEBTOR'S DISCHARGE. THROUGH A DEFAULT ORDER, THE DEBTOR WAS DENIED HIS DISCHARGE.

    THE TRUSTEE, AS PART OF HIS NORMAL REVIEW PROCESS, EXAMINED THE DEBTOR'S PERSONAL AND BUSINESS TAX RETURNS AND DETERMINED THAT THERE MAY BE A LOSS CARRY-BACK AVAILABLE FOR THE BENEFIT OF THE ESTATE. THE TRUSTEE DIRECTED HIS ACCOUNTANT TO CONDUCT A MORE THOROUGH REVIEW AND ANALYZE WHETHER AMENDED RETURNS WERE WARRANTED.

    THE ACCOUNTANT DETERMINED THAT THERE WAS A SIGNIFICANT LOSS CARRY-BACK AVAILABLE AND PREPARED THE NECESSARY RETURNS. ON NOVEMBER 14, 2008, AND ON SEPTEMBER 8, 2009, THE TRUSTEE SUBMITTED THOSE RETURNS TO THE RESPECTIVE FEDERAL AND STATE TAXING AUTHORITIES FOR ACCEPTANCE. AFTER SEVERAL MONTHS, AND SEVERAL ATTEMPTS BY THE TRUSTEE TO DETERMINE THE STATUS OF THE FEDERAL RETURNS, THE FIRM WAS REQUESTED TO CONTINUE THE COLLECTION EFFORTS OF THIS POTENTIAL REFUND.

FORM 1

Page: 4

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-02004  DRD  Judge: DAVID R. DUNCAN, JUDGE | Trustee Name:  KEVIN CAMPBELL |
| Case Name: | GUERNSEY, JOSEPH ROBERT | Date Filed (f) or Converted (c):  04/04/08 (f) |
| | | 341(a) Meeting Date:  05/28/08 |
| | | Claims Bar Date:  09/02/08 |

    OVER APPROXIMATELY THE NEXT YEAR, THE FIRM WAS IN CONSTANT CONTACT WITH THE IRS TRYING TO DETERMINE THE STATUS OF THE REFUNDS.  INITIALLY, THE FIRM WAS ADVISED BY IRS OFFICIALS THAT THE RETURNS WERE BEING PROCESSED.  AFTER SEVERAL MONTHS, THE FIRM CONTACTED LOCAL COUNSEL FOR THE IRS TO SEEK THEIR ASSISTANCE IN THIS MATTER.  EVENTUALLY, IT WAS DETERMINED THAT, IN FACT, THE IRS HAD "LOST" THE RETURNS, BUT FAILED TO LET ANYONE KNOW THAT THEY WERE MISSING.  AS A RESULT, THE TRUSTEE'S ACCOUNTANT PREPARED A NEW SET OF TAX RETURNS, WHICH WERE FORWARDED TO A "PERSON IN CHARGE" AT THE IRS WHO WAS TO REVIEW THE RETURNS.  AGAIN, THERE WAS A CONSIDERABLE DELAY BY THE IRS IN THE RETURNS BEING PROCESSED.  AFTER CONSIDERABLE MORE MONTHS, AGAIN WITH NO APPARENT SIGNIFICANT ACTION BY THE IRS, THE TRUSTEE REQUESTED THE FIRM TO FILE AN ADVERSARY PROCEEDING SEEKING A PROMPT DETERMINATION ON THE TAX RETURNS AND DEMANDING A TURNOVER OF THE REFUND.

    THE FIRM DRAFTED AND FILED THE LAWSUIT ON DECEMBER 15, 2010.  WITHIN THE TIME TO FILE AN ANSWER, THE FIRM RECEIVED ADDITIONAL CONTACT FROM COUNSEL FOR THE IRS, WHO INSISTED THAT THE RETURNS HAS BEEN RECEIVED AND WERE BEING REVIEWED.  AS SUCH, THE FIRM AGREED TO GIVE THE IRS AN EXTENSION OF TIME TO FILE AN ANSWER.  SHORTLY THEREAFTER, THE IRS ACKNOWLEDGED THAT IT HAD AGAIN MISPLACED THE RETURNS AND REQUESTED THAT NEW RETURNS BE SUBMITTED, WHICH THE TRUSTEE PROMPTLY PROVIDED.  ADDITIONAL WEEKS WENT BY WITHOUT SIGNIFICANT MOVEMENT, DESPITE REPEATED INQUIRIES BY THE FIRM.  EVENTUALLY, ON A CONFERENCE CALL, REPRESENTATIVES FROM THE IRS INDICATED FOR THE FIRST TIME THAT THERE WAS A PREVIOUSLY UNDISCLOSED CREDIT WHICH CHANGED THE AMOUNTS ON THE TRUSTEE'S RETURN.  THE FIRM OBTAINED THE "CORRECT" INFORMATION AND THE TRUSTEE PROMPTLY RE-SUBMITTED THE RETURNS.  DURING THIS CONVERSATION, THE IRS INDICATED THAT IT WOULD PROMPTLY SEND BACK THE RETURNS WITH A COVER LETTER EXPLAINING THE DISCREPANCY.  AS OF THIS DATE, THE TRUSTEE HAS STILL NOT RECEIVED THE "REJECTED" RETURN OR THE COVER LETTER OF EXPLANATION.

    THE TRUSTEE SUBSEQUENTLY RECEIVED NOTIFICATION FROM THE IRS THAT THE MOST RECENT RETURNS HAD BEEN ACCEPTED AND THAT THE REFUNDS WOULD BE QUICKLY PROCESSED.  THE FIRM CONTINUED TO FOLLOW-UP WITH THE IRS TO INSURE THAT THE REFUNDS WERE PROMPTLY SUBMITTED.  FINALLY, ON JUNE 27, 2011, THE TRUSTEE FINALLY RECEIVED THE 2005 AND 2006 TAX REFUND CHECKS, TOTALING $13,211.01, WHICH WERE DEPOSITED INTO THE ESTATE'S ACCOUNT.

    FOR REASONS UNKNOWN TO THE TRUSTEE, WHAT SHOULD HAVE BEEN A RELATIVELY SIMPLE FILING OF AN AMENDED TAX RETURN FOR A LOSS CARRY BACK BECAME EXTREMELY COMPLICATED AND REQUIRED LITIGATION TO EXPEDITE THE PROCESSING OF THE RETURN.

ACCOUNTANT.

    THE TRUSTEE EMPLOYED DAVID R. FISCHBEIN AS ACCOUNTANT FOR THE ESTATE.  HIS APPOINTMENT WAS APPROVED BY COURT ORDER ENTERED AUGUST 14, 2008, PURSUANT TO APPLICATION FILED ON JULY 31, 2008.  HE REVIEWED THE DEBTOR'S BOOKS, RECORDS, AND TAX RETURNS FOR ADDITIONAL ASSETS, TAX REFUNDS, AND ANY TAX LIABILITY FOR WHICH THE ESTATE MIGHT BE RESPONSIBLE.  HE REVIEWED THE TRUSTEE'S FILE AND THE DEBTOR'S SCHEDULES.  THE ACCOUNTANT PREPARED ALL OF THE REQUIRED ESTATE INCOME TAX RETURNS THAT HAVE BEEN FILED WITH THE APPROPRIATE TAXING AUTHORITIES.

CONCLUSION.

    THE TRUSTEE EXAMINED THE CLAIMS THAT WERE FILED IN THIS CASE AND MADE THE APPROPRIATE RECOMMENDATIONS.  THE TRUSTEE THEN PREPARED HIS FINAL REPORT.

    THE TRUSTEE'S PROFESSIONALS WERE APPROVED BY THE COURT UPON PROPER APPLICATION.


03/31/11 - ON SEVERAL SEPARATE OCCASIONS, THE TRUSTEE SUBMITTED AMENDED TAX RETURNS IN AN ATTEMPT TO CARRY CERTAIN LOSSES BACK.  HAVING NOT RECEIVED ANY RESPONSE FROM THE IRS, THE TRUSTEE FILED AN

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5
Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-02004    DRD    Judge: DAVID R. DUNCAN, JUDGE | Trustee Name:    KEVIN CAMPBELL |
| Case Name: | GUERNSEY, JOSEPH ROBERT | Date Filed (f) or Converted (c):    04/04/08 (f) |
| | | 341(a) Meeting Date:    05/28/08 |
| | | Claims Bar Date:    09/02/08 |

ADVERSARY PROCEEDING SEEKING THE TURNOVER OF THE TAX REFUND. AT THAT TIME, THE IRS ASSERTED THAT THE RETURNS HAD BEEN REJECTED AND RETURNED TO THE TRUSTEE. THE TRUSTEE WAS NEVER ADVISED THAT THERE WERE ANY PROBLEMS WITH THE RETURNS. THE TRUSTEE PREPARED AND FILED NEW AMENDED RETURNS AS REQUESTED BY THE IRS. THE IRS ACKNOWLEDGED RECEIPT OF THE RETURNS AND THEY ARE BEING PROCESSED. IN THE INTERIM, THE TRUSTEE AND THE IRS HAVE ENTERED INTO A "REUBEN" ORDER ON THE ADVERSARY PROCEEDING. IT IS BELIEVED THAT THE IRS SHOULD PROCESS THE REFUND WITHIN THE NEXT SIX MONTHS, WHICH WILL ALLOW THE CASE TO BE CLOSED AT THAT TIME.

NOTE: ASSET #9 WAS VOIDED DUE TO AN ENTRY ERROR. THE PROGRAM DELETES THE COMPLETE ENTRY, STATES THAT THE ASSET WAS "UNSCHEDULED/UNKNOWN", THE TRUSTEE VALUE WAS "KNOWN", THE ASSET WAS NOT ABANDONED, AND CHECKS THE BOX (FA) "FULLY ADMINISTERED". ONCE THE "VOID" IS MADE, IT IS "GREYED OUT" AND CANNOT BE CHANGED.

Initial Projected Date of Final Report (TFR): 05/31/09        Current Projected Date of Final Report (TFR): 07/12/11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-02004 -DRD | Trustee Name: | KEVIN CAMPBELL |
|---|---|---|---|
| Case Name: | GUERNSEY, JOSEPH ROBERT | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3649 Checking - Non Interest |
| Taxpayer ID No: | *******2408 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 09/22/08 | 1 | DOLORES M. GUERNSEY<br>ROBERT J. GUERNSET<br>326 - 13TH AVENUE SOUTH<br>SURFSIDE BEACH, SC 29575 | LIQUID ASSETS - NON-EXEMPT | 1129-000 | 2,515.50 | | 2,515.50 |
| C 09/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.08 | | 2,515.58 |
| C 10/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.24 | | 2,515.82 |
| C 11/28/08 | 10 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.20 | | 2,516.02 |
| C 12/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 2,516.15 |
| C 01/22/09 | 000101 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | REIMBURSEMENT FOR ADVERSARY COMPLAINT FILING FEE - NO 08-80257. | 2700-000 | | 250.00 | 2,266.15 |
| C 01/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,266.17 |
| C 02/27/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,266.19 |
| *C 03/04/09 | 000102 | MRSC INSURANCE PARTNERS, LLC<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | TRUSTEE BLANKET BOND PREMIUM INVOICE NO. 74909; ACCOUNT NO. CAMPB-5-1001<br>POLICY NO. 8215-38-72; FEDERAL INSURANCE CO.<br>BOND TERM: 3/01/09--03/01/2010<br>ITEM NO. 739836 - $788.00. | 2300-003 | | 2.47 | 2,263.72 |
| *C 03/04/09 | 000102 | MRSC INSURANCE PARTNERS, LLC<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | TRUSTEE BLANKET BOND PREMIUM WRONG PAYEE; CHECK NOT PRINTED. | 2300-003 | | -2.47 | 2,266.19 |
| C 03/04/09 | 000103 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | TRUSTEE BLANKET BOND PREMIUM BOND TERM 3/01/2009-3/01/2010 | 2300-000 | | 2.47 | 2,263.72 |
| C 03/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,263.74 |
| C 04/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,263.79 |
| C 05/29/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,263.84 |
| C 06/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,263.90 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-02004 -DRD | | Trustee Name: | KEVIN CAMPBELL |
| --- | --- | --- | --- | --- |
| Case Name: | GUERNSEY, JOSEPH ROBERT | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3649 Checking - Non Interest |
| Taxpayer ID No: | *******2408 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 07/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,263.96 |
| C 08/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,264.02 |
| C 09/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,264.08 |
| C 10/05/09 | 7 | UNITED STATES TREASURY AUSTIN, TEXAS | YEAR 2007 TAX REFUND | 1124-000 | 3,265.76 | | 5,529.84 |
| C 10/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,529.96 |
| C 11/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,530.10 |
| C 12/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,530.24 |
| C 01/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,530.37 |
| C 02/25/10 | 000104 | CAMPBELL LAW FIRM, P.A. 890 JOHNNIE DODDS BOULEVARD P.O. BOX 684 MOUNT PLEASANT, SC 29465-0684 | TRUSTEE BOND PREMIUM BOND #8215-38-72 BOND TERM: 03/01/10 TO 03/01/11 SURETY: FEDERAL INSURANCE COMPANY. | 2300-000 | | 4.79 | 5,525.58 |
| C 02/26/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,525.71 |
| C 03/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,525.86 |
| C 04/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,526.00 |
| C 05/28/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,526.14 |
| C 06/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,526.28 |
| C 07/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,526.42 |
| C 08/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,526.57 |
| C 09/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,526.71 |
| C 10/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,526.84 |
| C 11/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,526.99 |
| C 12/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,527.13 |
| C 01/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,527.27 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-02004 -DRD | Trustee Name: | KEVIN CAMPBELL |
|---|---|---|---|
| Case Name: | GUERNSEY, JOSEPH ROBERT | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3649 Checking - Non Interest |
| Taxpayer ID No: | *******2408 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *C 02/07/11 | 000105 | CLERK, U.S. BANKRUPTCY COURT<br>J. BRATTON DAVIS U. S. BANKRUPTCY COURTHOUSE<br>1100 LAUREL STREET<br>COLUMBIA, SC 29201 | AVERSARY PROCEEDING FILING FEE CASE NO. 10-80180 - CAMPBELL, TRUSTEE V. UNITED STATES OF AMERICA | 2700-003 | | 250.00 | 5,277.27 |
| *C 02/07/11 | 000105 | CLERK, U.S. BANKRUPTCY COURT<br>J. BRATTON DAVIS U. S. BANKRUPTCY COURTHOUSE<br>1100 LAUREL STREET<br>COLUMBIA, SC 29201 | AVERSARY PROCEEDING FILING FEE CHECK PAYABLE TO WRONG PAYEE | 2700-003 | | -250.00 | 5,527.27 |
| C 02/07/11 | 000106 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | ADVERSARY PROCEEDING FILING FEE CASE NO. 10-80180 - CAMPBELL, TRUSTEE V. UNITED STATES OF AMERICA REPAYMENT. | 2700-000 | | 250.00 | 5,277.27 |
| C 02/28/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,277.31 |
| C 03/10/11 | 000107 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | TRUSTEE BOND PREMIUM<br>POLICY #8215-38-72<br>CHUBB INSURANCE COMPANY<br>FROM 03/01/2011 TO 03/01/2012 | 2300-000 | | 6.06 | 5,271.25 |
| C 03/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,271.29 |
| C 04/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,271.33 |
| C 05/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,271.38 |
| C 06/27/11 | 12 | UNITED STATES TREASURY<br>AUSTIN, TEXAS | YEAR 2005 FEDERAL TAX REFUND | 1224-000 | 6,057.48 | | 11,328.86 |
| C 06/27/11 | 13 | UNITED STATES TREASURY<br>AUSTIN, TEXAS | YEAR 2006 FEDERAL TAX REFUND | 1224-000 | 7,153.53 | | 18,482.39 |
| C 06/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 18,482.44 |
| C 07/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,482.60 |
| C 08/11/11 | 10 | BANK OF AMERICA | | 1270-000 | 0.05 | | 18,482.65 |
| C 08/11/11 | 000108 | KEVIN CAMPBELL, TRUSTEE<br>P. O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | FINAL TRUSTEE COMPENSATION PURSUANT<br>TO ORDER ENTERED AUGUST 11, 2011.<br>FILE NO. 08-0841T | 2100-000 | | 2,649.57 | 15,833.08 |
| C 08/11/11 | 000109 | KEVIN CAMPBELL, TRUSTEE | FINAL TRUSTEE EXPENSES PURSUANT | 2200-000 | | 209.48 | 15,623.60 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-02004 -DRD |
|---|---|
| Case Name: | GUERNSEY, JOSEPH ROBERT |
| Taxpayer ID No: | *******2408 |
| For Period Ending: | 05/07/12 |

| Trustee Name: | KEVIN CAMPBELL |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3649 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | TO ORDER ENTERED AUGUST 11, 2011.<br>FILE NO. 08-0841T | | | | |
| C 08/11/11 | 000110 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | FINAL LEGAL COMPENSATION PURSUANT<br>TO ORDER ENTERED AUGUST 11, 2011.<br>FILE NO. 08-0841T | 3110-000 | | 3,865.07 | 11,758.53 |
| C 08/11/11 | 000111 | CAMPBELL LAW FIRM, P.A.<br>890 JOHNNIE DODDS BOULEVARD<br>P.O. BOX 684<br>MOUNT PLEASANT, SC 29465-0684 | FINAL LEGAL EXPENSES PURSUANT TO ORDER ENTERED AUGUST 11, 2011.<br>FILE NO. 08-0841T | 3120-000 | | 168.94 | 11,589.59 |
| C 08/11/11 | 000112 | DAVID R. FISCHBEIN<br>208 CANDI LANE, SUITE B<br>COLUMBIA, SC 29210 | FINAL TRUSTEE'S ACCOUNTANT COMPENSATION PER ORDER ENTERED AUGUST 11, 2011. | 3310-000 | | 3,865.07 | 7,724.52 |
| C 08/11/11 | 000113 | DAVID R. FISCHBEIN<br>208 CANDI LANE, SUITE B<br>COLUMBIA, SC 29210 | FINAL TRUSTEE'S ACCOUNTANT EXPENSES PURSUANT TO ORDER ENTERED AUGUST 11, 2011. | 3420-000 | | 331.30 | 7,393.22 |
| C 08/11/11 | 000114 | SC DEPARTMENT OF REVENUE<br>REVENUE LITIGATION<br>P.O. BOX 12265<br>COLUMBIA, SC 29211-2265 | Claim 000015B, Payment 58.23647891285%<br>FINAL DISTRIBUTION | 5800-000 | | 7,393.22 | 0.00 |
| *C 08/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-003 | 0.10 | | 0.10 |
| *C 09/07/11 | 10 | Reverses Interest on 08/31/11 | Interest Rate  0.010<br>REMOVAL OF INTEREST PAID BY THE BANK  POST-FINAL DISTRIBUTION | 1270-003 | -0.10 | | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | | | | |
|---|---|---|---|---|---|
| *******3649 | Balance Forward | 0.00 | 16 Checks | 18,995.97 |
| | 4 Deposits | 18,992.27 | 0 Adjustments Out | 0.00 |
| | 38 Interest Postings | 3.70 | 0 Transfers Out | 0.00 |
| | Subtotal | $ 18,995.97 | Total | $ 18,995.97 |
| | 0 Adjustments In | 0.00 | | |
| | 0 Transfers In | 0.00 | | |
| | Total | $ 18,995.97 | | |

PFORM2T4

Ver: 16.06a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*